Kim R. Maerowitz, Esq.  #023566
THE MAEROWITZ LAW FIRM
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
Phone: 602-277-0633
kmaerowitz@maerowitzlaw.com

Attorneys for Plaintiff David V. Cavan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID V. CAVAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT MARON, INC., a California corporation; and DOES I-X <br><br> Defendants. | Case No.: 2:15-cv-02586-PGR <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Paul G. Rosenblatt <br><br> Trial Date: January 17, 2017 |

The parties have reached a settlement of this entire matter.  Counsel are preparing the settlement documents.  Upon execution of those documents, a dismissal with prejudice will be filed.

DATED THIS 26th day of August, 2016

THE MAEROWITZ LAW FIRM

/s/ Kim R. Maerowitz
Kim R. Maerowitz

*Attorneys for Plaintiff David V. Cavan*

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on August 26, 2016, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.


 /s/ Matthew Maerowitz